# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Yessica Xiomara Cisneros Moreno**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00240-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Ur Mendoza Jaddou | ) | |
| Alejandro Mayorkas | ) | |
| Christopher M. Heffron**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 15, 2023 Text-Only Order.

March 15, 2023

Frank G. Johns, Clerk
United States District Court